**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REEHAM YOUSSEF, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiffs,<br><br>   v.<br><br>SALLIE MAE, INC, NAVIENT SOLUTIONS, LLC, NAVIENT CREDIT FINANCE CORPORATION,<br><br>                                    Defendants. | Case No. 23-mc-2113 (HG)<br><br>Adv. Pro. No. 17-1085 (ESS) |

**ORDER GRANTING MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES AND EXPENSES**

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Court awards Boies Schiller Flexner LLP ("BSF"), Fishman Haygood LLP, Jones Swanson Huddell LLC, and the Law Offices of Joshua Kons LLC, as Class Counsel, attorneys' fees in the amount of $10,000,000 and expenses in the amount of $366,033.85.

2.     The fees and expenses, as awarded by the Court to Class Counsel, shall be paid to BSF from the Title IV Settlement Fund. BSF may allocate the attorneys' fees and expenses solely to Class Counsel (and to no other firm or individual) in a manner in which it in good faith believes reflects the contributions of itself and Class Counsel to the initiation, prosecution, and resolution of the Litigation.

3. The Court further awards Class Representative Reeham Youssef $10,000, and former Lead Plaintiff Hilal K. Homaidan $10,000, to be paid from the Title IV Settlement Fund, as recognition for their service to the Class.

**IT IS SO ORDERED.**

Dated: December 14, 2023

*/s/ Hector Gonzalez*
THE HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE